# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 31st day of August, two thousand and fifteen.

_____

| | |
|---|---|
| First Mercury Insurance Company, | **ORDER** |
| | Docket Nos. 15-1255(L) |
| Plaintiff-Counter-Defendant - Appellant, | 15-1510(Con) |

National Union Fire Insurance Company of Pittsburgh, Pennsylvania,

Counter-Defendant - Appellant,

v.

Shawmut Woodworking & Supply, Inc., DBA Shawmut Design & Construction,

Defendant-Third-Party-Plaintiff - Appellee,

Shepard Steel Company,

Defendant-Counter-Claimant - Appellee,

Amanda Adrian, Co-Administrator of the Estate of Robert Adrian, Robert Enfield, Robert Elliot, Sheneane Ragin, Liberty Mutual Insurance Company, Fast Trek Steel, Inc.,

Defendants - Appellees.
_____

Appellants Fire Mercury Insurance Company and National Union Fire Insurance Company of Pittsburgh, Pennsylvania move for permission to file a deferred appendix pursuant to FRAP 30(c) and Local Rule 30.1(c).

IT IS HEREBY ORDERED that the motion is GRANTED.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court

